*E-Filed 2/27/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHATETON DAVIS, | No. C 12-0285 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. More than 30 days have passed since the order was filed, and plaintiff has not filed a complete IFP application or paid the filing fee. Though plaintiff has filed a certificate of funds and a prison trust account statement, he has not filed the IFP application form itself. Accordingly, the action is DISMISSED without prejudice as to plaintiff filing a completed IFP application form or paying the filing fee. The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED**.

DATED: February 27, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-0285 RS (PR)
ORDER OF DISMISSAL